AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

FILED
MASSACHUSETTS

DISTRICT OF 2005 APR 27 P 12: 43

U.S. DISTRICT COURT
DISTRICT

MASSACHUSETTS CARPENTERS CENTRAL
AGENCY ET AL

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

T.E. WHYTE CONSTRUCTION, INC.

**05 10665 MLW**

TO: (Name and Address of Defendant)

T.E. Whyte Construction Inc.
8 Jamaica Road
Saugus, MA 01906

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

APR 05 2005

CLERK                                              DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: April 14, 2005

NAME OF SERVER: Paul Minsky

TITLE: Constable

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 8 Jamaica Road, Saugus, MA

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $52.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-14-05

Signature of Server: Paul Minsky

Address of Server:
Baystate Constable Service, Inc
138 Bedford Street
Burlington, MA 01803
(781) 270-7011  (781) 270-4559 f

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.