UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL | ) |
| COLLECTION AGENCY, et al | ) |
|     Plaintiffs, | ) |
| | ) CIVIL ACTION |
| v. | ) NO. 05-10665-MLW |
| | ) |
| T.E. WHYTE CONSTRUCTION, INC., | ) |
|     Defendant. | ) |
| _____ | ) |

<u>REQUEST FOR NOTICE OF DEFAULT</u>

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, T.E. Whyte Construction Inc., 8 Jamaica Road, Saugus, MA 01906 in the above-captioned action.  Defendant T. E. Whyte Construction, Inc. was served with the complaint on April 14, 2005.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: June 8, 200         Respectfully submitted,

Christopher N. Souris

BBO #556343

KRAKOW & SOURIS, LLC

225 Friend Street

Boston, MA 02114   (617) 723-8440


<u>/s/ Christopher N. Souris</u>

Attorney for plaintiffs