UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTER'S CENTRAL
COLLECTION AGENCY, et al
        Plaintiff(s)                            CIVIL ACTION
                                                        NO. 05-10665-MLW
        V.

T.E. WHYTE CONSTRUCTION, INC.
        Defendant(s)

## NOTICE OF DEFAULT

Upon application of the Plaintiff(s), MASSACHUSETTS CARPENTER'S CENTRAL COLLECTION AGENCY, et al for an order of Default for failure of the Defendant(s), T.E. WHYTE CONSTRUCTION, INC., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 18TH day of AUGUST, 2005.

                                                                           SARAH A. THORNTON, CLERK

                                                    By:    /s/ Dennis O'Leary
                                                                      Deputy Clerk

Notice mailed to:

(default.not - 10/96)                                                                                                                                      [ntcdflt.]