UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al<br>　　　Plaintiffs,<br><br>v.<br><br>T.E. WHYTE CONSTRUCTION, INC.,<br>　　　Defendant. | )<br>)<br>)<br>) CIVIL ACTION<br>) NO. 05-10665-MLW<br>)<br>)<br>)<br>) |

### DEFAULT JUDGMENT

WOLF, D.J.

　　Defendant T.E. Whyte Construction, Inc. having failed to plead or otherwise defend in this action and default having been entered on August 19, 2005.

　　Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $190,604.35, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $302.00 it is hereby

**ORDERED, ADJUDGED AND DECREED:**

　　1. That plaintiffs recover from defendant T.E. Whyte Construction, Inc. the sum of $190,906.35 with interest as provided by law.

　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　_/s/ Dennis O'Leary_____
　　　　　　　　　　　　　　　　　Deputy Clerk

Dated:_March 27, 2006

The post judgment interest rate effective this date is 4.77%